**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Lino Zepeda GOMEZ, a/k/a Lino
Zepada, a/k/a Lino S. Cepeda,
Defendant—Appellant.**

No. 10–7631.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 3, 2011.

Decided: May 24, 2011.

Lino Zepeda Gomez, Appellant Pro Se.
Jennifer P. May–Parker, Assistant United
States Attorney, Raleigh, North Carolina,
for Appellee.

Before NIEMEYER, AGEE, and
DAVIS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Lino Zepeda Gomez appeals the district
court's order denying his motion for reduc-
tion of sentence pursuant to 18 U.S.C.
§ 3582(c)(2) (2006) based on Amendment
709. Because this amendment is not ex-
pressly listed in *U.S. Sentencing Guide-
lines Manual* § 1B1.10(c) (2010), the dis-
trict court lacked authority to apply the
amendment retroactively. *See United*
States v. Dunphy, 551 F.3d 247, 249 n. 2
(4th Cir.2009). Accordingly, we affirm the
district court's order. *See United States v.
Gomez*, No. 7:01–cr–00069–F–1 (E.D.N.C.
Nov. 8, 2010). We dispense with oral ar-
gument because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED.*